JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE CHAMPAGNE JUNN,<br><br>    Plaintiff<br><br>    v.<br><br>SOUTH PASADENA UNIFIED SCHOOL DISTRICT; GEOFF YANTZ, ED.D., KAREN REED, JANET ANDERSON, ANTHONY CHAN, FRANCISCO LOPEZ, JULIAN ESPADES, in their official capacities.<br><br>    Defendants | Case No.:  2:20-cv-05329-DDP-AFM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and cost.

HATHAWAY PARKER

Dated: November 30, 2021     By:     /s/ Mark Hathaway                .
MARK M. HATHAWAY
JENNA E. PARKER
Attorneys for Petitioner
EVE CHAMPAGNE JUNN


MCCUNE & HARBER LLP

Dated: November 15, 2021     By:     /s/ Joshua A. Kuns                .
JOSHUA KUNS
Attorneys for Defendants SOUTH PASADENA UNIFIED SCHOOL DISTRICT; GEOFF YANTZ, ED.D., KAREN REED, JANET ANDERSON, ANTHONY CHAN

**Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 30, 2021   _____.
Hon. Dean D. Pregerson
United States District Court